AO 257 (Rev. 6/78)

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 18 U.S.C. §§ 1951(a) and 2 – Robbery Affecting Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
• Maximum term of imprisonment: 20 years
• Maximum fine: $250,000 or twice the gross loss, whichever is greater
• Maximum term of supervised release: 3 years
• $100 special assessment
• Forfeiture and restitution

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**DEFENDANT - U.S**

AFATUPETAIKI FAASISILA

[SEALED BY ORDER OF THE COURT]

DISTRICT COURT NUMBER

**CR 25 0435 HSG**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☒ person is awaiting trial in another Federal or State Court, give name of court

Alameda County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
25-71456 MAG

Name and Office of Person Furnishing Information on this form: Craig H. Missakian
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Wendy M. Garbers

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
DEC 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes   ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
_____

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 18 U.S.C. §§ 1951(a) and 2 – Robbery Affecting Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
- Maximum term of imprisonment: 20 years
- Maximum fine: $250,000 or twice the gross loss, whichever is greater
- Maximum term of supervised release: 3 years
- $100 special assessment
- Forfeiture and restitution

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S.**
JOSE HERRADA-ARAGON

SEALED BY ORDER OF THE COURT

DISTRICT COURT NUMBER
CR 25 0435 HSG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☒ person is awaiting trial in another Federal or State Court, give name of court
Alameda County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
25-71456 MAG

Name and Office of Person Furnishing Information on this form: Craig H. Missakian
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Wendy M. Garbers

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (Show District)

FILED
DEC 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☒ On another conviction  ☐ Federal  ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

Count One: 18 U.S.C. §§ 1951(a) and 2 – Robbery Affecting Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
• Maximum term of imprisonment: 20 years
• Maximum fine: $250,000 or twice the gross loss, whichever is greater
• Maximum term of supervised release: 3 years
• $100 special assessment
• Forfeiture and restitution

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---- DEFENDANT - U.S ----
▶ ANDRES PALESTINO

SEALED BY ORDER OF THE COURT

DISTRICT COURT NUMBER
CR 25 0435 HSG

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
DEC 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☒ person is awaiting trial in another Federal or State Court, give name of court
Alameda County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
25-71456 MAG

Name and Office of Person Furnishing Information on this form  Craig H. Missakian
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Wendy M. Garbers

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 18 U.S.C. §§ 1951(a) and 2 – Robbery Affecting Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
- Maximum term of imprisonment: 20 years
- Maximum fine: $250,000 or twice the gross loss, whichever is greater
- Maximum term of supervised release: 3 years
- $100 special assessment
- Forfeiture and restitution

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
TOM PARKER DONEGAN

SEALED BY ORDER OF THE COURT

DISTRICT COURT NUMBER
CR 25 0435
HSG

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☒ person is awaiting trial in another Federal or State Court, give name of court
Alameda County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

25-71456 MAG

Name and Office of Person Furnishing Information on this form  Craig H. Missakian
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Wendy M. Garbers

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
DEC 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
Santa Clara County Jail

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT
Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:  Before Judge:

Comments:

# United States District Court
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

FILED
DEC 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

AFATUPETAIKI FAASISILA,
JOSE HERRADA-ARAGON,
ANDRES PALESTINO, and
TOM PARKER DONEGAN,



CR 25 0435

HSG

SEALED BY ORDER OF THE COURT

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. §§ 1951(a) and 2 – Robbery Affecting Interstate Commerce
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

---

A true bill.

/s/ Foreperson of the Grand Jury

_____ Foreman

Filed in open court this 18th day of

December 2025

_____ Clerk

Bail, $ No Process

_____
Hon. Thomas S. Hixson, U.S. Magistrate Judge

```
 1 | CRAIG H. MISSAKIAN (CABN 125202)
   | United States Attorney
 2 |
```



FILED
DEC 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 25 0435 HSG |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: |
| AFATUPETAIKI FAASISILA, JOSE HERRADA-ARAGON, ANDRES PALESTINO, and TOM PARKER DONEGAN, | ) 18 U.S.C. §§ 1951(a) and 2 – Robbery Affecting Interstate Commerce |
| | ) 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| Defendants. | ) OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. §§ 1951(a) and 2 – Robbery Affecting Interstate Commerce)

On or about June 18, 2025, in the Northern District of California, the defendants,

AFATUPETAIKI FAASISILA,

JOSE HERRADA-ARAGON,

ANDRES PALESTINO, and

TOM PARKER DONEGAN,

and others known and unknown to the Grand Jury, each aided and abetted by the other, knowingly and unlawfully obstructed, delayed, and affected commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in 18

INDICTMENT

1  U.S.C. § 1951, in that the defendants knowingly and unlawfully took personal property consisting of
2  jewelry from Kumar Jewelers, located in Fremont, California, against the will of the employees working
3  there by means of actual and threatened force, violence, and fear of injury to the employees' persons.
4       All in violation of Title 18, United States Code, Sections 1951(a) and 2.
5  FORFEITURE ALLEGATION:   (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))
6       The allegations contained in this Indictment are re-alleged and incorporated by reference for the
7  purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title
8  28, United States Code, Section 2461(c).
9       Upon conviction of the offense set forth in this Indictment, the defendants,
10                    AFATUPETAIKI FAASISILA,
11                    JOSE HERRADA-ARAGON,
12                    ANDRES PALESTINO, and
13                    TOM PARKER DONEGAN,
14  shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and
15  Title 28, United States Code, Section 2461(c), all right, title, and interest in any property, real or
16  personal, which constitutes or is derived from proceeds traceable to the violation, including but not
17  limited to a forfeiture money judgment.
18       The forfeited property shall include, but not be limited to, jewelry and other items taken from
19  Kumar Jewelers on June 18, 2025.
20       If any of the property described above, as a result of any act or omission of the defendants:
21       a.   cannot be located upon exercise of due diligence;
22       b.   has been transferred or sold to, or deposited with, a third party;
23       c.   has been placed beyond the jurisdiction of the court;
24       d.   has been substantially diminished in value; or
25       e.   has been commingled with other property which cannot be divided without
26            difficulty,
27  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,
28  United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

INDICTMENT                                    2

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: December 18, 2025

A TRUE BILL.

_____
FOREPERSON
Oakland, California

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
SLOAN HEFFRON
Assistant United States Attorneys

INDICTMENT                                         3