```
1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  SLOAN HEFFRON (CABN 285347)
   WENDY M. GARBERS (CABN 213208)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       Fax: (415) 436-7234
8      Email: Sloan.Heffron@usdoj.gov
              Wendy.Garbers@usdoj.gov
9
   Attorneys for United States of America
10
```

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                            OAKLAND DIVISION

14  UNITED STATES OF AMERICA,         )   CASE NO. 25-CR-435-HSG-1
                                      )
15          Plaintiff,                )
                                      )   MANUAL FILING NOTIFICATION
16      v.                            )
                                      )
17  AFATUPETAIKI FAASISILA,           )
    JOSE HERRADA-ARAGON,              )
18  ANDRES PALESTINO, and             )
    TOM PARKER DONEGAN,               )
19                                    )
            Defendants.                )
20

21                       MANUAL FILING NOTIFICATION

22      Regarding:  EXHIBIT A to the MOTION FOR PRETRIAL DETENTION OF DEFENDANT

23  AFATUPETAIKI FAASISILA

24      This filing is in paper or physical form only and is being maintained in the case file in the

25  Clerk's office.

26      If you are a participant in this case, this filing will be served in hard-copy shortly.

27      For information on retrieving this filing directly from the court, please see the court's main

28  website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

|   |   |
|---|---|
| 1 | This filing was not e-filed for the following reasons(s): |
| 2 | ___ Voluminous Document (PDF file size larger than efiling system allowances) |
| 3 | ___ Unable to Scan Documents |
| 4 | ___ Physical Object (description) |
| 5 | _X_ Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| 6 | ___ Item Under Seal |
| 7 | ___ Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 8 | ___ Other (description) |

DATED: January 14, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

　　　/s/
SLOAN HEFFRON
WENDY M. GARBERS
Assistant United States Attorneys