**FILED**

Mar 13 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

USA,

    Plaintiff,

v.

JOSE HERRADA-ARAGON,

    Defendant.

Case No. 25-cr-00435-HSG-2 (LB)

**ORDER FOR RELEASE FROM FEDERAL CUSTODY**

The defendant appeared before the undersigned United States Magistrate Judge. For good cause shown, IT IS HEREBY ORDERED that the United States Marshal and/or his representatives release from federal custody the above-named defendant on **Monday, March 16, 2026 at 8:00 AM** to report to Pretrial Services at 1301 Clay Street, Oakland, CA.

**IT IS SO ORDERED.**

Dated: March 13, 2026

LAUREL BEELER
United States Magistrate Judge

ORDER FOR RELEASE 25-cr-00435-HSG-2